FILED

JUL 26 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> 5940 Rosebud Lane, Suite 10 ) <br> Sacramento, CA ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:09-sw-202 KJM <br><br> ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that all search warrant-related documents in the above-captioned proceeding be unsealed.

Date: July 26, 2011



GREGORY G. HOLLows
United States Magistrate Judge

1